AUSA Jane Chong

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **24 MAG 1355** |
| UNITED STATES OF AMERICA<br><br>               v.<br><br>WILKINS ESTRELLA and<br>CHARLENE MARTE,<br><br>                     Defendants. | **SEALED COMPLAINT**<br><br>Violations of 18 U.S.C. §§ 1028A, 1349, and 2; 42 U.S.C. § 1320d-6<br><br>COUNTY OF OFFENSE:<br>BRONX |

SOUTHERN DISTRICT OF NEW YORK, ss.:

     JESSICA GREENWOOD, being duly sworn, deposes and says that she is a Special Agent with the Federal Bureau of Investigation ("FBI") and charges as follows:

**COUNT ONE**
**(**Wrongful Disclosure of Individually Identifiable Health Information**)**

     1.     From at least in or about July 2020, up to and including in or about March 2022, in the Southern District of New York and elsewhere, WILKINS ESTRELLA, the defendant, and others known and unknown, did knowingly and in violation of Part C Administrative Simplification, codified at Title 42, Section 1320d through 1320d-8, use and cause to be used a unique health identifier, obtain individually identifiable health information relating to an individual, and disclose individually identifiable health information to another person, with the intent to sell, transfer, and use the individually identifiable health information for personal gain and malicious harm, to wit, ESTRELLA stole and used individually identifiable health information of hospital patient victims to fraudulently obtain funds and debit cards.

(Title 42, United States Code, Sections 1320d-6(a)(1)-(3) and 1320d-6(b)(3), and
Title 18, United States Code, Section 2).

**COUNT TWO**
(Conspiracy to Commit Wire Fraud and Bank Fraud**)**

     2.     From at least in or about July 2020, up to and including in or about March 2022, in the Southern District of New York and elsewhere, WILKINS ESTRELLA and CHARLENE MARTE, the defendants, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit wire fraud and bank fraud, in violation of Title 18, United States Code, Sections 1343 and 1344.

     3.     It was a part and an object of the conspiracy that WILKINS ESTRELLA and CHARLENE MARTE, the defendants, and others known and unknown, knowingly having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of wire, radio, and television communication in

interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343, to wit, ESTRELLA and MARTE agreed to and did participate in a scheme to fraudulently obtain federally funded unemployment insurance benefits, federally funded COVID-19 benefits, and tax refunds from the Internal Revenue Service, including through the use of individually identifiable health information that ESTRELLA wrongfully obtained as charged in Count One of this Complaint.

4.  It was further a part and an object of the conspiracy that WILKINS ESTRELLA and CHARLENE MARTE, the defendants, and others known and unknown, knowingly would and did execute, and attempt to execute, a scheme and artifice to defraud a financial institution, as that term is defined in Title 18, United States Code, Section 20, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such a financial institution, by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344, to wit, ESTRELLA and MARTE agreed to and did participate in a scheme to obtain debit cards in the name of third-party victims from a federally insured bank ("Bank-1") by making false statements to Bank-1, including by falsely representing that they were the third-party victims, whose individually identifiable health information ESTRELLA had wrongfully obtained, as charged in Count One of this Complaint.

(Title 18, United States Code, Section 1349.)

## COUNT THREE
(Aggravated Identity Theft)

5.  From at least in or about July 2020, up to and including in or about March 2022, in the Southern District of New York and elsewhere, WILKINS ESTRELLA and CHARLENE MARTE, the defendants, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, ESTRELLA and MARTE used, without lawful authority, the names and social security numbers of other persons during and in relation to the offense charged in Count Two of this Complaint.

(Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and 2).

The bases for my knowledge and for the foregoing charges are, in part, as follows:

6.  I am a Special Agent with the FBI. This affidavit is based upon my personal participation in the investigation of this matter, my conversations with other law enforcement agents, and my review of financial records, summary reports, and other documents. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

Theft of Patient Data

7.     From my review of personnel records and summaries of FBI interviews with employees of a hospital in the Bronx ("the Hospital"), I have learned the following:

   a.  From in or about 2008 through in or about July 2020, the Hospital employed WILKINS ESTRELLA, the defendant, as a business associate clerk. In that role, ESTRELLA received periodic training on the protection of individually identifiable health information ("IIHI") under the Health Insurance Portability and Accountability Act ("HIPAA").

   b.  On or about July 9, 2020, an internal record monitoring system used by the Hospital indicated that ESTRELLA had sporadically accessed patient records without any apparent legitimate purpose that was connected to his employment at the Hospital. Subsequent audits conducted by the Hospital revealed that ESTRELLA had improperly accessed the protected health information of 4,005 patients since at least approximately July 2018, including the patients' names, dates of birth, social security numbers, and health insurance information (the "Patient Victims").[1]

8.     As detailed below, WILKINS ESTRELLA, the defendant, and his romantic partner, CHARLENE MARTE, the defendant,[2] used the personally identifiable information ("PII") of numerous individuals, including the IIHI of Patient Victims, to fraudulently obtain federally funded COVID-19 benefits, federally funded unemployment insurance benefits, and debit cards.

COVID-19 Stimulus Check Fraud

9.     Between March 2020 and March 2021, Congress authorized emergency financial assistance to the millions of Americans who were suffering the economic effects caused by the COVID-19 pandemic in the form of Economic Impact Payments ("Stimulus Checks") as part of the Coronavirus Aid, Relief, and Economic Security Act (i.e., the "CARES Act"), the Tax Relief Act of 2020, and the American Rescue Plan Act of 2021. This legislation included authorization for three rounds of Stimulus Checks for eligible adults and qualifying children under the age of 17.

10.    Based on my review of FBI summaries and analyses of records for bank accounts opened by WILKINS ESTRELLA and CHARLENE MARTE, the defendants, in their own legal names, I know that ESTRELLA has three accounts and MARTE has one account at a particular bank headquartered in Manhattan ("Bank-2").

11.    Based on my review of FBI summaries and analyses of Bank-2 records, including check images, I have learned that WILKINS ESTRELLA and CHARLENE MARTE, the defendants, have each deposited into their Bank-2 accounts numerous Stimulus Checks issued in the names of other individuals, including Patient Victims. Specifically:

---

[1] The Hospital's internal monitoring system and an earlier legacy system together had a look-back period of only approximately two years.
[2] ESTRELLA and MARTE have at least one child together, on whose U.S. passport application the defendants are listed as the father and mother, respectively.

3

   a. Between on or about August 17, 2020 and on or about April 8, 2021, ESTRELLA deposited into one of his Bank-2 personal checking accounts a total of 25 Stimulus Checks, including 17 checks totaling $17,400 in the names of 11 Patient Victims.

   b. Similarly, between on or about June 29, 2020 and on or about March 30, 2022, MARTE deposited into her Bank-2 personal checking account a total of 33 Stimulus Checks, including seven checks totaling $7,400 in the names of five Patient Victims.

  12. Based on the FBI's interviews with two of the Patient Victims whose Stimulus Checks were deposited into ESTRELLA's Bank-2 checking account, I have learned that neither ever received or requested Stimulus Checks. From my interview with the domestic partner of a third such Patient Victim, I learned that this Patient Victim never received Stimulus Checks and died on January 9, 2021, four months before the last of the three checks was issued, on or about April 8, 2021.

New York State Unemployment Insurance Fraud

  13. Based on my participation in this investigation, my conversations with other law enforcement agents, and my review of publicly available information, I know the following about unemployment insurance benefits administered by the New York State Department of Labor's ("NYSDOL").

   a. As part of the CARES Act, Congress expanded unemployment insurance eligibility and appropriated more than $300 billion in federal funds for unemployment insurance benefits.

   b. During the COVID-19 pandemic, New Yorkers who qualified for unemployment insurance benefits could apply online for federal funds administered by the NYSDOL. In order to apply for these unemployment benefits, applicants needed to complete and submit online applications that included, among other things, PII such as their names, dates of birth, and social security numbers. Beneficiaries were also required to re-certify their eligibility for benefits on a weekly basis.

   c. Applicants for unemployment insurance benefits could opt to receive the benefits either by direct deposit via Automated Clearing House transfers into an existing bank account, or in the form of funds loaded on a debit card issued by a bank headquartered in Ohio ("Bank-3").

  14. Based on my review of FBI summaries and analyses of NYSDOL records, I have learned that between in or about July 2020 and in or about March 2022, at least 54 applications for NYSDOL unemployment insurance benefits were filed using IP addresses or identifiers, such as addresses and phone numbers, associated with WILKINS ESTRELLA and/or CHARLENE MARTE, the defendants (the "Fraudulent NYSDOL Applications"). Together, the Fraudulent NYSDOL Applications sought a total of $1,613,320 in benefits and resulted in payments of at least $1,017,290.50. Of the total $1,613,320 sought, the applications requested that $1,097,160 be loaded onto Bank-3 cards, and that $516,160 be disbursed by direct deposit. Of the total $1,017,290.50 actually disbursed, $692,782 was loaded onto Bank-3 cards, and $324,508.50 was disbursed by direct deposit.

  15. I believe WILKINS ESTRELLA and/or CHARLENE MARTE, the defendants, submitted or helped submit the Fraudulent NYSDOL Applications based on the following:

4

    a. Of the 54 Fraudulent NYSDOL Applications, 12 were submitted using the IIHI of Patient Victims.

    b. On or about July 24, 2020 and on or about July 27, 2021, ESTRELLA filed a New York State unemployment insurance claim under his own name and using the NYSDOL username "Wilkins 1434" (the "ESTRELLA NYSDOL Username"). Between in or about July 2020 through in or about January 2021, ESTRELLA used different internet protocol ("IP") addresses to file, certify, or inquire about his claim, including three particular IP addresses that he used repeatedly (the "Estrella IP Addresses"). On his application, he listed a residential address in the Bronx, New York, with the street number "1434" (the "1434 Residence") and in or about November 2021, he changed his address to a residential address in Hackensack, New Jersey, with the street number "47" (the "47 Residence"). He also listed a particular phone number ending in 8371 (the "8371 Phone Number");[3] and the password recovery question, "What was my first grade teacher's last name?" and the password recovery answer "Medina."

    c. On or about July 24, 2020 and on or about September 13, 2021, MARTE filed two New York State unemployment insurance claims under her own name and through the NYSDOL username "CMEstrella." On her applications, she listed a residential address in the Bronx with the street number "1141" (the "1141 Residence"),[4] and a particular phone number ending in 9747 (the "9747 Phone Number"). In addition, based on my review of a copy of a GEICO insurance card in MARTE's name, I know that MARTE has previously used a residential address in Yonkers with the street number "85" (the "85 Residence").

    d. The 54 Fraudulent NYSDOL Applications each used or contained at least one and as many as five of the identifiers described below:

     i. At least one of the Estrella IP Addresses was repeatedly used to file, certify and/or make inquiries concerning at least 12 of the Fraudulent NYSDOL Applications;

     ii. ESTRELLA's 1434 Residence and/or 47 Residence was listed on five of the Fraudulent NYSDOL Applications;

     iii. MARTE's 1141 Residence or 85 Residence was listed on at least 25 of the Fraudulent NYSDOL Applications;

     iv. At least 30 of the Fraudulent NYSDOL Applications were submitted using an NYSDOL username that, like the ESTRELLA NYSDOL Username, ends in 1434, and/or listed an email address maintained by a particular service provider and ending with the numbers "1434" or "14341434" (the "1434 Email Accounts").

     v. ESTRELLA's 8371 Phone Number is listed on at least three of the Fraudulent NYSDOL Applications and was used to call NYSDOL with queries about two additional Fraudulent NYSDOL Applications.

---

[3] From my review of the Hospital's personnel records for WILKINS ESTRELLA, the defendant, I know that ESTRELLA also listed the 1434 Residence on his resume.

[4] The 1141 Residence is also listed on MARTE's New York State Department of Motor Vehicles records.

vi. MARTE's 9747 Phone Number is listed on at least six of the Fraudulent NYSDOL Applications and, between in or about April 2020 through in or about August 2022, was used to call NYSDOL approximately 281 times with queries about 62 NYSDOL unemployment insurance claims, including seven in the names of Patient Victims and two that also listed ESTRELLA's 8371 Phone Number. MARTE's 9747 Phone Number was also used to call Bank-3 about an NYSDOL claim submitted in the name of one Patient Victim.

vii. The same password recovery question and answer used for ESTRELLA's own NYSDOL claims were used on 11 Fraudulent NYSDOL Applications.

16. Based on my review of summaries of law enforcement interviews with three of the Patient Victims in whose names the Fraudulent NYSDOL Applications were submitted, I have learned that the three Patient Victims did not in fact file claims, or authorize anyone to file claims on their behalf, for NYSDOL unemployment insurance benefits at any time from March 1, 2020 through August 7, 2023. I also learned that all three of these claims contained factually correct personally identifiable information, such as social security numbers, and factually inaccurate information, such as an incorrect mother's maiden name.

### IRS Tax Refund Fraud

17. Based on my review of FBI summaries and analyses of Bank-2 records, I have learned that WILKINS ESTRELLA and CHARLENE MARTE, the defendants, have each deposited into their Bank-2 accounts one tax refund check issued by the internal revenue service and made out to other people (the "Fraudulent IRS Refund Check"), together totaling $1,516.37.

a. At least one Fraudulent IRS Refund Check was deposited into one of ESTRELLA's Bank-2 checking accounts.

b. At least one Fraudulent IRS Refund Check was deposited into MARTE's Bank-2 checking account.

### Debit Card Fraud

18. Based on my review of information publicly available information, I have learned the following about Bank-1, which is headquartered in Texas:

a. Bank-1 is an online bank and payment platform insured by the Federal Deposit Insurance Corporation.

b. Bank-1 allows customers to use their PII to apply for credit cards and debit cards, provides customers banking services such as mobile banking and peer-to-peer payments, and partners with third-party retail stores to provide branch services such as cash deposits and ATM withdrawals.

c. Customers may request refund checks from Bank-1 for, among other things, unused cash placed on debit cards and also obtain tax refunds through prepaid Bank-1 cards and direct deposit.

19.     Based on my review of FBI summaries and analyses of records maintained by Bank-1, I have learned that WILKINS ESTRELLA and CHARLENE MARTE, the defendants, fraudulently applied for and obtained at least 38 debit cards issued by Bank-1 in the names of Patient Victims (the "Fraudulent Debit Cards"). Specifically:

    a.      At least 33 Fraudulent Debit Cards were registered using 1434 Email Accounts. Two additional Fraudulent Debit Cards were registered using ESTRELLA's 8371 Phone Number, one of which also used a particular email address ending in 911 (the "911 Email Account"). The 911 Email Account, in turn, was used to register three additional Fraudulent Debit Cards.

    b.      Between on or about August 20, 2018 and on or about November 11, 2020, at least 17 Fraudulent Debit Cards were delivered to ESTRELLA's 1434 Residence, and at least 10 Fraudulent Debit Cards were delivered to MARTE's 85 Residence.

20.     Based on my review of FBI summaries and analyses of records maintained by Bank-1 and Bank-2, I have learned that WILKINS ESTRELLA and CHARLENE MARTE, the defendants, also fraudulently obtained and deposited at least nine checks issued to Patient Victims by Bank-1 as "Commercial Refund[s]," totaling $13,587.37 (the "Fraudulent Bank-1 Refund Checks"). Specifically:

    a.      At least two Fraudulent Bank-1 Refund Checks were deposited into one of ESTRELLA's Bank-2 checking accounts and contained ESTRELLA's endorsement on the back. Two Fraudulent Bank-1 Refund Checks were addressed to ESTRELLA's 47 Residence.

    b.      At least nine Fraudulent Bank-1 Refund Checks were deposited into MARTE's Bank-2 checking account. Of these nine, four Fraudulent Refund Checks were sent to MARTE's 85 Residence, and four were sent to a Bronx residence with the street number 2185 (the "2185 Residence").

### Evidence on ESTRELLA's iCloud Account

21.     Based on my review of the contents of an iCloud account subscribed in the name of WILKINS ESTRELLA, the defendant, obtained pursuant to a search warrant (the "Estrella iCloud Account"), I have learned that the Estrella iCloud Account contains hundreds of images and Apple "notes" that show ESTRELLA's use of Patient Victims' information, in furtherance of the wire and bank fraud conspiracy, including to fraudulently obtain debit cards and banking services from Bank-1. For example:

    a.      Over 200 images depict Bank-1 cards and/or the PII of numerous individuals, including many names, dates of birth, and other identifiers that match the stolen IIHI of the Patient Victims.

        i.      For instance, one image is a Bank-1 debit card issued in the name of a Patient Victim with a particular debit card number ending in 8831 (the "Fraudulent 8831 Card"). Additional images appear to be screenshots of various transactions conducted with the Fraudulent 8831 Card. For instance, one such image shows a green check mark and "SUCCESS! $250.00 has been deposited to the card ending in 8831."

     ii. Based on my review of Bank-1 records for the Fraudulent 8831 Card, I know that the account was created using a Patient Victim's real name, date of birth, and social security number, a 1434 Email Account, and the address of the 85 Residence associated with CHARLENE MARTE, the defendant.

    b. A note labeled "CARDS_LOG_IN" contains the header "CARDS LOG IN & SENT," subheaders such as "[Bank-1]" and "[Bank-1] log in," and what appear to be usernames and email addresses ending in "1434" or "14341434" and corresponding passwords. Some of the usernames and email accounts contain the first and last names of Patient Victims.

    c. A note labeled "ADREESESS" lists a number of entities at the top, including "[Bank-1]," and over two dozen addresses, including the 2185 Residence. As explained above, I know from my review of Bank-1 records that the 2185 Residence received a number of fraudulently obtained Bank-1 debit cards bearing the names of Patient Victims.

    d. A note labeled "FILES SENT CW" contains the PII of numerous individuals, including the names, dates of birth, social security numbers, and other IIHI of Patient Victims, often listed alongside 1434 Email Accounts.

  22. Based on my review of the contents of the Estrella iCloud Account, I know that it also contains a note labeled "USER NAMES & PASSWORDS," which lists, among other things, two NYSDOL usernames ending in 1434 that were used to submit NYSDOL claims using the IIHI of two Patient Victims.

  WHEREFORE, I respectfully request that a warrant be issued for the arrest of WILKINS ESTRELLA and CHARLENE MARTE, the defendants, and that they be arrested, and imprisoned or bailed, as the case may be.

*s/ Jessica Greenwood by the Court with permission*
JESSICA GREENWOOD
Special Agent
Federal Bureau of Investigation

Sworn to me through the transmission of
this Complaint by reliable electronic
means (telephone), this <u>3rd</u> day of 2024, April.

_____
THE HONORABLE ROBYN F. TARNOFSKY
United States Magistrate Judge
Southern District of New York

8